AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

PAUL DOMZAL
_____
Plaintiff(s)

v.

MEN AT WORK CONSTRUCTION CORP
_____
Defendant(s)

Civil Action No. CV 26 0148

BROWN, J.

DUNST, M.J.

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
MEN AT WORK CONSTRUCTION CORP
41 INDUSTRIAL RD
UNIT #2, PO BOX 1098
WAINSCOTT, NY 11975

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL DOMZAL
20 RANCH CT
PO BOX 647
SAGAPONACK, NY 11962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 1/12/2026

_____
*Signature of Clerk or Deputy Clerk*